United States District Court
Southern District of Texas
**ENTERED**
August 08, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| SONIA  JOHNSON, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:17-CV-00367 |
| | § | |
| CREDENCE RESOURCE | § | |
| MANAGEMENT, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to the parties' Stipulation to Dismiss (D.E. 21), the Court enters final

judgment dismissing this action with prejudice.

ORDERED this 8th day of August, 2018.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE